B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  __James Alexander Mason, Jr.__                                      Case No.   __14-07105-5-DMW__
                                             Debtor(s)                     Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express Attn: Officer 200 Vesey St. New York, NY 10285** | **American Express Attn: Officer 200 Vesey St. New York, NY 10285** | **Credit Card** | **Disputed** | **60,000.00** |
| **Bank of America Attn: Officer PO Box 15019 Wilmington, DE 19886** | **Bank of America Attn: Officer PO Box 15019 Wilmington, DE 19886** | **64 Forest View Place Durham, NC Date Purchased: 09.20.06 Purchase Price: $1,700,000.00 Tax Value: $1,634.387.00 SC(1): Chatham Co. Tax Collector** | | **90,000.00 (1,200,000.00 secured) (1,200,000.00 senior lien)** |
| **Bank of America Attn: Officer PO Box 15019 Wilmington, DE 19886** | **Bank of America Attn: Officer PO Box 15019 Wilmington, DE 19886** | **Unsecured Portion of Debt on 64 Forest View Place Durham, NC** | **Unliquidated** | **75,000.00** |
| **Bank of America Attn: Officer PO Box 15019 Wilmington, DE 19886** | **Bank of America Attn: Officer PO Box 15019 Wilmington, DE 19886** | **Credit Card- Amount is estimated** | **Unliquidated** | **39,000.00** |
| **BB&T Attn: Jack R. Hayes P.O. Box 1847 Wilson, NC 27894-1847** | **BB&T Attn: Jack R. Hayes P.O. Box 1847 Wilson, NC 27894-1847** | **Potential Deficiency from foreclosure of 4901 Stockton Way** | **Unliquidated** | **Unknown** |
| **Frank Borges 12250 Tillinghast Drive Cr. Palm Beach Gardens, FL 33418** | **Frank Borges 12250 Tillinghast Drive Cr. Palm Beach Gardens, FL 33418** | **Direct loan to Debtor for business investment secured by interest in MMJ that is unperfected** | **Unliquidated** | **1,000,000.00 (Unknown secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **James Alexander Mason, Jr.**                              Case No.    **14-07105-5-DMW**
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Coastal Federal Credit Union<br>Attn: Glenn Bourgeois<br>1000 St. Albans Drive, Ste 210<br>Raleigh, NC 27609-6653** | **Coastal Federal Credit Union<br>Attn: Glenn Bourgeois<br>1000 St. Albans Drive, Ste 210<br>Raleigh, NC 27609-6653** | **Line of Credit** | | **2,400.00** |
| **Colvard Farms HOA<br>c/o CAS<br>5915 Farrington Rd., Suite 104<br>Chapel Hill, NC 27517** | **Colvard Farms HOA<br>c/o CAS<br>5915 Farrington Rd., Suite 104<br>Chapel Hill, NC 27517** | **64 Forest View Place<br>Durham, NC<br>Date Purchased: 09.20.06<br>Purchase Price: $1,700,000.00<br>Tax Value: $1,634.387.00<br>SC(1): Chatham Co. Tax Collector** | | **1,212.77<br>(1,200,000.00 secured)<br>(4,555,500.00 senior lien)** |
| **Kohl's<br>Attn:  Managing Agent<br>PO Box 3115<br>Milwaukee, WI 53201** | **Kohl's<br>Attn:  Managing Agent<br>PO Box 3115<br>Milwaukee, WI 53201** | **Credit Card** | | **500.00** |
| **Nina Lesavoy<br>3 East 63rd Street<br>#2BC<br>New York, NY 10065** | **Nina Lesavoy<br>3 East 63rd Street<br>#2BC<br>New York, NY 10065** | **Loan for business purposes** | | **12,000.00** |
| **Jamel McDuffie<br>8311 Briar Creek Pkwy<br>#105-406<br>Raleigh, NC 27617** | **Jamel McDuffie<br>8311 Briar Creek Pkwy<br>#105-406<br>Raleigh, NC 27617** | **Loan for business purposes** | | **55,000.00** |
| **Michael McHaney<br>Attn:  Managing Agent<br>PO Box 51012<br>Oxnard, CA 93031** | **Michael McHaney<br>Attn:  Managing Agent<br>PO Box 51012<br>Oxnard, CA 93031** | **Remainder of rental contract** | | **10,950.00** |
| **NC Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168** | **NC Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168** | **64 Forest View Place<br>Durham, NC<br>Date Purchased: 09.20.06<br>Purchase Price: $1,700,000.00<br>Tax Value: $1,634.387.00<br>SC(1): Chatham Co. Tax Collector** | | **450,000.00<br>(1,200,000.00 secured)<br>(4,105,500.00 senior lien)** |
| **NC Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168** | **NC Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168** | **All Property** | | **115,000.00<br>(175,000.00 secured)<br>(2,145,000.00 senior lien)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **James Alexander Mason, Jr.**                                        Case No.    **14-07105-5-DMW**
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **NY State Dept of Tax and Finance**<br>**Attn:  Managing Agent**<br>**110 State St. #2**<br>**Albany, NY 12207** | **NY State Dept of Tax and Finance**<br>**Attn:  Managing Agent**<br>**110 State St. #2**<br>**Albany, NY 12207** | **2010 Income Taxes** | **Disputed** | **27,967.30** |
| **Robinson Bradshaw Hinson**<br>**Attn:  Managing Agent**<br>**101 North Tryon St., Suite 1900**<br>**Charlotte, NC 28246** | **Robinson Bradshaw Hinson**<br>**Attn:  Managing Agent**<br>**101 North Tryon St., Suite 1900**<br>**Charlotte, NC 28246** | **Legal Services; Unclear as to what amount other than debt is owed by Debtor.** | **Unliquidated Disputed** | **118,621.26** |
| **Rooms To Go**<br>**Attn: Managing Agent**<br>**5900 Glenwood Ave.**<br>**Raleigh, NC 27612** | **Rooms To Go**<br>**Attn: Managing Agent**<br>**5900 Glenwood Ave.**<br>**Raleigh, NC 27612** | **Debt Owed** | | **865.00** |
| **Helen Sampson**<br>**1608 Barony Lake Way**<br>**Raleigh, NC 27614** | **Helen Sampson**<br>**1608 Barony Lake Way**<br>**Raleigh, NC 27614** | **Personal Loan** | | **188,000.00** |
| **Sklar & Associates**<br>**Attn:  Managing Agent**<br>**127 Peachtree St., Suite 500**<br>**Atlanta, GA 30303** | **Sklar & Associates**<br>**Attn:  Managing Agent**<br>**127 Peachtree St., Suite 500**<br>**Atlanta, GA 30303** | **Debt Owed** | | **1,000.00** |
| **UNC Education Foundation**<br>**Attn:  Managing Agent**<br>**450 Skipper Bowles Dr.**<br>**Chapel Hill, NC 27599** | **UNC Education Foundation**<br>**Attn:  Managing Agent**<br>**450 Skipper Bowles Dr.**<br>**Chapel Hill, NC 27599** | **Executory lease contract to suite in Blue Zone at Kenan Stadium. $60,000.00 of $260,000.00 4-year lease has been paid.** | | **200,000.00** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **James Alexander Mason, Jr.**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **December 29, 2014**                     Signature    **/s/ James Alexander Mason, Jr.**

                                                  **James Alexander Mason, Jr.**
                                                  Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **James Alexander Mason, Jr.**             Case No.    **14-07105-5-DMW**

                               Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$750,000.00** | **2014 YTD: Debtor Employment (Est.)** |
| **$1,371,561.00** | **2013: Debtor Employment (AGI)** |
| **$3,600,145.00** | **2012: Debtor Employment (AGI)** |

---

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                  SOURCE

B7 (Official Form 7) (04/13)    2

---

### 3. Payments to creditors

None ☐

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Zenzi H. Mason* <br> *341 Oxfordshire Ln.* <br> *Chapel Hill, NC 27517* | *Periodically throughout year as a combination of various obligations (amounts are for a year in case she is considered an insider)* | *$262,000.00* | *Unknown* |
| *Jamel McDuffie* <br> *8311 Briar Creek Pkwy* <br> *#105-406* <br> *Raleigh, NC 27617* | *12/2014* | *$6,600.00* | *$55,000.00* |
| *Marriott Vacation Club* <br> *Attn:  Managing Agent* <br> *1200 Barton Rd., PO Box 8038* <br> *Lakeland, FL 33802* | *Within last 90 days; regular monthly payments of $1,500.00, plus annual maintenance fee of $7,000.00 (executory contract obligation)* | *$11,500.00* | *$150,000.00* |
| *Bank of America* <br> *Attn: Officer* <br> *PO Box 15019* <br> *Wilmington, DE 19886* | *Within last 90 days* | *$11,500.00* | *$40,000.00* |

None ☒ 

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Zenzi H. Mason**<br>**341 Oxfordshire Ln.**<br>**Chapel Hill, NC 27517**<br>   **Ex-Spouse** | **Periodically throughout year as a combination of various obligations (amounts listed are for a year in case she is considered an insider)** | **$262,000.00** | **Unknown** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **14 SP 584**<br>**Trustee Services of Carolina**<br>**VS**<br>**James Mason, Zenzi Mason** | **Foreclosure on 3 Red Bluff** | **Durham County** | **Pending; Sale Date was 12/02/14** |
| **13 M 231**<br>**Colvard Farms HOA**<br>**VS**<br>**James Mason, Zenzi Mason** | **Claim of Lien on 64 Forest View** | **Chatham County** | **Lien Recorded** |
| **14 SP 278**<br>**Substitute Trustee Services**<br>**VS**<br>**James Mason, Zenzi Mason** | **Foreclosure of 4901 Stockton** | **Durham** | **Foreclosed 09/2014** |
| **09 CVD 7608, 12 CVD 982, 13CVD514, 12CVD170**<br>**Zenzi Mason**<br>**VS**<br>**James Mason** | **Domestic** | **Durham Co.** | **Pending** |
| **14 M 169**<br>**NCDOR**<br>**VS**<br>**James Alexander** | **Tax Lien** | **Chatham County** | **Lien Recorded** |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Zenzi H. Mason**<br>**341 Oxfordshire Ln.**<br>**Chapel Hill, NC 27517** | **12/2014** | **Bank accounts and distributions due from MMJ, LLC** |

B7 (Official Form 7) (04/13)    4

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *BB&T*<br>*Attn: Jack R. Hayes*<br>*P.O. Box 1847*<br>*Wilson, NC 27894-1847* | *09/29/14* | *Foreclosure Sale*<br>*4901 Stockton Way*<br>*Durham, NC 27713*<br>*Sale Price: $265,000.00* |

---

**6. Assignments and receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *UNC Education Foundation*<br>*450 Skipper Bowles Dr.*<br>*Chapel Hill, NC 27599* | *None* | *08/2014* | *$10,600.00* |
| *Inspiration Ministries*<br>*PO Box 948*<br>*Walworth, WI 53184* | *None* | *10/2014-11/2014* | *$6,273.00* |
| *New Hope Church*<br>*7619 Fayetteville Rd.*<br>*Durham, NC 27704* | *None* | *2014* | *$1,000.00* |

---

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                          5

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *The Brewer Law Firm*<br>*Attn: Managing Agent*<br>*311 E. Edenton St.*<br>*Raleigh, NC 27601*<br><br>*Janvier Law Firm*<br>*1101 Haynes St.*<br>*Raleigh, NC 27604* | *12/06/14* | *Attorney Fee: $23,249.00*<br>*Filing Fee: $1,717.00*<br>*CCC Fee: $34.00* |

---

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Frank Borges*<br>*12250 Tillinghast Drive Cr.*<br>*Palm Beach Gardens, FL 33418*<br>   None | *08/2013* | *Pledged interest in MMJ Partners, LLP as security for $1,000,000.00, which pledge has not been approved by partner in MMJ or perfected.* |
| *Scott Landress*<br>*580 Throckmorton Ave*<br>*Mill Valley, CA 94941*<br>   None | *02/2014* | *Pledged interest in MMJ Partners, LLP as security for $1,250,000.00, which pledge has not been approved by partner in MMJ or perfected.* |
| *Akilah Mason*<br>*1608 Barony Lake Way*<br>*Raleigh, NC 27614*<br>   Wife | *10/2014* | *$150,000.00*<br>*Funds transferred to hold in trust for Debtor and Mason to pay living expenses and other obligations.* |
| *Akilah Mason*<br>*1608 Barony Lake Way*<br>*Raleigh, NC 27614*<br>   Wife | *12/2013* | *Transferred 100% interest in Mason & Mason Company, LLP to wife. It had no value.* |
| *Bank of America*<br>*PO Box 15019*<br>*Wilmington, DE 19886* | *10/02/14* | *64 Forest View recorded DIT in original principle amount of $75,000.00, securing loan dated 11/17/06. DIT originally recorded in the wrong county (Durham).* |

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    6

### 11.  Closed financial accounts

None  

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None  ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| *Wells Fargo* *Attn:  Officer* *PO Box 14411* *Des Moines, IA 50306* | *James Mason and Spouse* | *Empty* | *N/A* |

### 13.  Setoffs

None  

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None  ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| *Akilah Mason* *1608 Barony Lake Way* *Raleigh, NC 27614* | *2013 Lexus LS* *Mileage: 30,000* *Value: $60,000.00 (Has debt of $50,000.00)* | *Debtor's Residence* |

### 15.  Prior address of debtor

None  ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| *56703 Nash St.* *Chapel Hill, NC 27517* | *James Alexander Mason, Jr.* | *02/2010-Autumn of 2014* |

B7 (Official Form 7) (04/13)                                                                                                                7

**16. Spouses and Former Spouses**


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                                                8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Tier One Solar, LLC* | *45-1035733* | *2530 Meridian Pkwy Suite 200 Durham, NC 27713* | *Energy Provider/Soler Form Development (Debtor is President or Chief Operations Officer)* | *02/2013-Present* |
| *SPV Solar One, LLC* | *45-3358660* | *2530 Meridian Pkwy Suite 200 Durham, NC 27713* | *Management Company 20% Interest* | *02/2013-Present* |
| *Mason & Mason Company, LLC* | *46-1279586* | *56703 Nash St. Chapel Hill, NC 27517* | *Private Equity Firm Debtor's interest ended in 2013.* | *05/2012-12/2013* |
| *MMJ Partners, LLP* | *20-0046491* | *f/k/a Parish Capital Advisors, LLC f/k/a Parish Capital Advisors, LLP* | *f/k/a Parish Capital Advisors, LLC and Parish Capital Advisors, LLP (2003-Present) Private Equity/Investment Management* | *2003-Present* |
| *Five O Partners, LLP* | *20-1922930* | | *1/3 Interest in Five O Partners, LLP Owns real property in Brier Creek with approximately $350,000.00 of equity and promissory note of $100,000.00.  Nets Paycheck.* | *2006-Present* |

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
*Sklar & Associates*                                         *For more than two years*
*Attn:  Managing Agent*
*127 Peachtree St., Suite 500*
*Atlanta, GA 30303*

B7 (Official Form 7) (04/13)                                                                                                                                            9

None ☒  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                      DATES SERVICES RENDERED

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                    ADDRESS

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                DATE ISSUED

---

**20. Inventories**

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                       (Specify cost, market or other basis)

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                          RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                              NATURE AND PERCENTAGE
                                                                           OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                                      DATE OF WITHDRAWAL

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                              DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                          DATE AND PURPOSE                   AMOUNT OF MONEY
OF RECIPIENT,                           OF WITHDRAWAL                      OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                                                     VALUE OF PROPERTY

B7 (Official Form 7) (04/13)                                                                                                    10

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                                    11

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 29, 2014**                              Signature   **/s/ James Alexander Mason, Jr.**

                                                                                                        **James Alexander Mason, Jr.**
                                                                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **James Alexander Mason, Jr.**                                     ,
                                            Debtor

Case No.   **14-07105-5-DMW**

Chapter                          **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 1,375,000.00 | | |
| B - Personal Property | Yes | 4 | 177,074.97 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 7,766,712.77 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 791,303.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 100,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 63,920.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 1,552,074.97 | | |
| Total Liabilities | | | | 8,558,016.33 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    **James Alexander Mason, Jr.**                                    ,    Case No.    __14-07105-5-DMW__

Debtor

Chapter                                    __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 100,000.00 |
| Average Expenses (from Schedule J, Line 22) | 63,920.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 83,333.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 656,212.77 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 791,303.56 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,447,516.33 |

B6A (Official Form 6A) (12/07)

.

In re    **James Alexander Mason, Jr.**                                                    ,    Case No.    **14-07105-5-DMW**
                                                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **64 Forest View Place**<br>**Durham, NC**<br>**Date Purchased: 09.20.06**<br>**Purchase Price: $1,700,000.00**<br>**Tax Value: $1,634.387.00**<br>**SC(1): Chatham Co. Tax Collector**<br>**Amount Owed: $0.00**<br>**SC(2): LSF9 Mortgage Holdings, LLC**<br>**Amount Owed: $1,200,000.00**<br>**SC(3): Bank of America**<br>**Amount Owed: $90,000.00**<br>**THIRD MORTGAGE: Bank of America**<br>**Amount Owed: $75,000.00**<br>***Deed of trust was originally recorded in Durham County and rerecorded in Chatham County on October 2, 2014.  As to the debtor's interest in the property, it is unsecured due to superiority of federal and state tax liens and is subject to avoidence as a preference.**<br>**SC(4): IRS**<br>**Amount Owed: $2,000,000.00**<br>**SC(5): NCDOR**<br>**Amount Owed: $450,000.00**<br>**SC(6): Colvard Farms HOA/CAS**<br>**Amount Owed: $1,212.77**<br>**SC(7): NCDOR**<br>**Amount Owed: $300,000.00** | **See Attachment A** | - | 1,200,000.00 | 4,856,712.77 |
| **3 Red Bluff Ct.**<br>**Durham, NC 27713**<br>**Date Purchased: 11/2006**<br>**Purchase Price: $195,000.00**<br>**Tax Value: $183,070.00**<br>**SC(1): Durham Co. Tax**<br>**Amount Owed: $0.00**<br>**SC(2): Bank of America**<br>**Amount Owed: $145,000.00 (Est.)**<br>**SC(3): IRS**<br>**Amount Owed: $2,000,000.00**<br>**SC(4): NCDOR**<br>**Amount Owed: $115,000.00** | **See Attachment B** | - | 175,000.00 | 2,260,000.00 |

|  | Sub-Total > | **1,375,000.00** | (Total of this page) |
|---|---|---|---|

___1___   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **James Alexander Mason, Jr.**                                        ,    Case No.   **14-07105-5-DMW**
                                          Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Timeshare**<br>**Orlando, FL**<br>**SC(1): Marriott Vacation Club**<br>**Amount Owed: $150,000.00** | **Timeshare- Co-Owner with Wife** | **J** | **Unknown** | **150,000.00** |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Real Property

Total >     **1,375,000.00**

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

In re   **James Alexander Mason, Jr.**                                    Case No.

Debtor(s)

# SCHEDULE A - REAL PROPERTY
### Attachment A

*64 Forest View Place*

     ***Legal title to the property is held by the debtor and his ex-wife, Zenzi H. Mason, as tenants in common.  Pursuant to the parties' separation agreement, Zenzi is the equitable owner of the property. The value listed on this schedule as the value is the entire value of the property, not the value of the debtor's legal interest (50%) or equitable interest (0%).  The entire interest is encumbered by the three mortgages.  Debtor's one-half legal interest is also encumbered by federal and state tax liens.***

In re    **James Alexander Mason, Jr.**                                          Case No. _____
                                          Debtor(s)

## SCHEDULE A - REAL PROPERTY
**Attachment B**

*3 Red Bluff*

    *Legal title to the proeprty is held by the debtor and his ex-wife, Zenzi H. Mason, as tenants in common.  Pursuant to the parties' separation agreement, the debtor is 100% equitable owner of the property.*

B6B (Official Form 6B) (12/07)

In re  **James Alexander Mason, Jr.**                              ,    Case No.    **14-07105-5-DMW**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | *Cash* | H | 1,000.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Wells Fargo Checking and Savings Accounts Joint with Akilah Mason* | J | 5,488.31 |
| | | | *CFCU Checking and Savings Account* | H | 1,903.66 |
| | | | *Yadkin Bank Checking Account* | H | 2,233.00 |
| | | | *Bank of America Checking Account* | J | 0.00 |
| | | | *Suntrust Checking Account Value: $10,000.00 Funds in account belong to Akilah Mason* | W | 0.00 |
| | | | *Wells Fargo Checking Account* | H | 4,400.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | *\* See Local Form Two* | H | 8,800.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *\* See Local Form Two* | H | 1,200.00 |
| 6. | Wearing apparel. | | *Clothing* | H | 500.00 |
| 7. | Furs and jewelry. | | *Jewelry* | H | 1,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | *\* See Local Form Two* | H | 550.00 |

Sub-Total >        **27,074.97**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **James Alexander Mason, Jr.**                                          ,  Case No.  __14-07105-5-DMW__
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **NY Life**<br>**Whole Life Insurance**<br>**Insured: James Mason**<br>**Policy was cancelled after all CSV was spent paying premiums** | **H** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **~15% Ownership Interest in Tier One Solar** | **H** | **Unknown** |
| | | **1/3 Interest in MMJ Partners LLP f/k/a Parish Capital Advisors, LLP (Liquidation value is substantially less than value based on projected returns, but even then value is difficult to ascertain due to numerous contingencies. Value is estimated at $3m-$8m.** | **H** | **Unknown** |
| | | **1/3 Interest in Five O Partners, LLP (Owns real property in Brier Creek with approximately $350,000.00 of equity and promissory note of $100,000.00 (Est.))** | **H** | **150,000.00** |
| | | **1/5 Interest in SPV Solar One, LLC (the LLC owns 78% of Tier One Solar, LLC)** | **H** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Investment in HyperLight (Has invested $29,000.00, with additional investment/venture. Could be very valuable. Primary assets are patents for destroying pathogens with UV rays.)** | **H** | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >                **150,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **James Alexander Mason, Jr.**                                    ,                    Case No.   __14-07105-5-DMW__
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **James Alexander Mason, Jr.** ,                           Case No. **14-07105-5-DMW**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 177,074.97 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **James Alexander Mason, Jr.**                                    Case No.   **14-07105-5-DMW**

Debtor(s)

# SCHEDULE C -1 - PROPERTY CLAIMED AS EXEMPT
## Attachment A

### LOCAL FORM TWO
### CLAIM OF EXEMPTIONS

    I, **James Alexander Mason, Jr.**, the undersigned Debtor, claim the following property as exempt pursuant §522 and the laws of the State of North Carolina and non-bankruptcy Federal law.

    1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000.00, however, an unmarried Debtor who is age 65 or older is entitled to retain an aggregate interest in the property not to exceed $70,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the Debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of property below.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| **Interest is any in**<br>**64 Forest View Place**<br>**Durham, NC** | **$1,200,000.00** | **Numerous** | **>1,200,000.00** | **$0.00** |

        VALUE OF REAL ESTATE CLAIMED AS EXEMPT:  **$30,000.00**

    2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (exemption in one vehicle not to exceed $3,500.00)

| Model, Year Style of Auto | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|

        VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT: **$0.00**

    3.  NCGS 1C-1601(A)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependant of the debtor, not to exceed $4,000 total for dependents.)
    The number of dependents for exemption purposes is:  **4**

| Description of Property | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| Household Goods<br>and Furnishings: | | | | |
| Kitchen Appliances | 0.00 | | | 0.00 |
| Stove | 0.00 | | | 0.00 |
| Refrigerator | 200.00 | | | 200.00 |
| Freezer | 0.00 | | | 0.00 |

```
Washer                    250.00                              250.00
Dryer                     250.00                              250.00
China                       0.00                                0.00
Silver                      0.00                                0.00
Living Room Furniture   1,000.00                            1,000.00
Den Furniture           1,500.00                            1,500.00
Bedroom Furniture       2,000.00                            2,000.00
Dining Room Furniture   1,000.00                            1,000.00
Lawn Furniture            500.00                              500.00
Television(s)           1,000.00                            1,000.00
Other Video Equipment       0.00                                0.00
Stereo Equipment          500.00                              500.00
Radio(s)                  100.00                              100.00
Other Audio Equipment       0.00                                0.00
Piano                       0.00                                0.00
Organ                       0.00                                0.00
Air Conditioner             0.00                                0.00
Other Household Goods,
Supplies & Furnishings    500.00                              500.00

              TOTAL HOUSEHOLD GOODS: $8,800.00


Books, Pictures, Art
Objects, and Collections:
Books                     200.00                              200.00
Paintings/Art Objects   1,000.00                            1,000.00
Stamp Collections           0.00                                0.00
Coin Collections            0.00                                0.00
Other Collections           0.00                                0.00
(CDs, DVDs)                 0.00                                0.00


          TOTAL BOOKS, ART & COLLECTIONS: $1,200.00


Wearing Apparel,
Jewelry, Firearms,
Tools, Recreational
Equipment, Etc.:
Clothing                  500.00                              500.00
Jewelry                 1,000.00                            1,000.00
Musical Instruments         0.00                                0.00
Firearms                  250.00                              250.00
Lawnmower                   0.00                                0.00
Other Lawn Tools            0.00                                0.00
Power Tools                 0.00                                0.00
Carpentry Tools &           0.00                                0.00
Recreational Equipment      0.00                                0.00
Other Personal Poss.        0.00                                0.00
(Specify)  Vacuum           0.00                                0.00
Computer & Access.        300.00                              300.00
Miscellaneous               0.00                                0.00
Animal                      0.00                                0.00

          TOTAL WEARING APPAREL, ETC.  $2,050.00
          GRAND TOTAL OF VALUE CLAIMED AS EXEMPT: $12,050.00*
            *Amount Exempt: $9,000.00
```

4.   NCGS 1c-1601(A)(5) TOOLS OF TRADE (total net value not to exceed $2,000.00 in value)

| Description | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|

                TOTAL CLAIMED AS EXEMPT:

5.      NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section (5)

| Company | Insured | Beneficiary (Must be Spouse or Child) | Last 4 digits Of Policy # | Value |
|---|---|---|---|---|

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (Debtor or Debtor's Dependents, no limit on value)

Description_____

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY OR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT.  COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

Description                    Location                   Amount_____

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000.00 in value of any unused exemption amount to which debtor is entitled under N.C.G.S. 1C-1601(a)(1)).

| Description | Value | Lienholder | Lien Amt. | Net Value |
|---|---|---|---|---|
| ~15% Ownership Interest in Tier One Solar | Unknown | None | None | Unknown |
| 1/3 Interest in MMJ Partners LLP f/k/a Parish Capital Advisors, LLP | Unknown | None | None | Unknown |
| 1/3 Interest in | $150,000.00 | None | None | $150,000.00* |
| 1/5 Interest in SPV Solar One, LLC | Unknown | None | None | Unknown |
| Investment in HyperLight | Unknown | None | None | Unknown |

                VALUE OF PROPERTY CLAIMED AS EXEMPT:  $5,000.00*
**Debtor limits claim of exemption to $5,000.00**

9.   NCGS 1C-1601(a)(9) INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code.  For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| TYPE OF ACCOUNT | LOCATION OF ACCOUNT | LAST 4 DIGITS OF ACCT. # |
|---|---|---|
| | | |

10.   NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under $529 of the Internal Revenue Code, and that not otherwise excluded from the estate pursuant to 11 U.S.C. §§541(b)(5)-(6), (e) not to exceed a cumulative limit of $25,000.  If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions.  The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| COLLEGE SAVINGS PLAN | LAST 4 DIGITS OF ACCT. # | VALUE | INITIALS OF CHILD |
|---|---|---|---|
| | | | |

11.   NCS1C-1601(A)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established.)

| NAME OF RETIREMENT PLAN | STATE GOVERNMENTAL UNIT | LAST 4 DIGITS OF ID# |
|---|---|---|
| | | |

12.   NCGS1C-1601(A)912) ALIMONY, SUPPORT, SEPARATE MAINTENENACE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependant of the debtor).

| TYPE OF SUPPORT | AMOUNT | LOCATION OF FUNDS |
|---|---|---|
| | | |

13.   TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 USC 522(b)(2)(B) and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT: **$**

14.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

                                                                  Amount

    a.  Aid to the Aged, Disabled and Families with Dependent
       Children NCGS 108A-36
    b.  Aid to the Blind NCGS 111-18
    c.  Yearly Allowance for Surviving Spouse  NCGS 30-15,
       NCGS 30-33
    d.  North Carolina Local Government Employees Retirement
       benefits NCGS 128-31
    e.  North Carolina Teachers and State Employees Retirement
       benefits NCGS 135-9
    f.  Firemen's Relief Fund pensions NCGS 118-49
    g.  Fraternal Benefit Society benefits NCGS 58-283
    h.  Workers Compensation benefits NCGS 97-21
    i.  Unemployment benefits, so long as not comingled and
       except for debts for necessities purchased while
       unemployed NCGS 96-17
    j.  Group insurance proceeds NCGS 58-213
    k.  Partnership property, except on a claim against the
       partnership NCGS 59-55
    l.  Wages of debtor necessary for support of family
       NCGS 1-362  **Cash and bank accounts**                 **$10,633.00**

TOTAL PROPERTY CLAIMED AS EXEMPT:  **$10,633.00**

15.  EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW

                                                                    Amount

a.  Foreign Service Retirement and Disability Payments
   22-USC 1104
b.  Social Security benefits  42 USC 407
c.  Injury or death compensation payments from war risk
   hazards 42 U4SC 1717
d.  Wages of fishermen, seamen, and apprentices 46 USC 601
e.  Civil Service Retirement benefits 5 USC 729,2265
f.  Longshoremen and Harbor Workers Compensation Act death
   and disability benefits  33 USC 916
g.  Railroad Retirement Act annuities and pensions
   45 USC 228(L)
h.  Veterans benefits  45 USC 352(E)
i.  Federal Retirement Thrift Savings Account
   5 USC Sec. 8470.
j.  Special pension paid to winners of Congressional Medal
   of Honor  38 USC 3101
k.  Federal homestead lands, on debts contracted before the
   issuance of the patent  43 USC  175
l.  Federal Employees Retirement System Account, 5 U.S.C. $847(a)
              VALUE OF PROPERTY CLAIMED AS EXEMPT: **$**

16. The following tangible personal property was purchased by the
debtor within 90 days of the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|

17.  The debtor's property is subject to the following claims:

a.  Of the United States or its agencies as provided by federal law
b.  Of the State of North Carolina or its subdivisions for taxes or appearance bonds
c.  Of a lien by a laborer
d.  Of a lien by a mechanic
e.  For payment of obligations contracted for the purchase of specific property
f.  For repair or improvement of specific property
g.  For contractual security interests in specific property, except debtor's household goods on which there exists a nonpossessory, nonpurchase money security interest
h.  For statutory liens, other than judicial liens
i.  For child support or alimony, ordered pursuant to Chapter 50 of the General Statutes of North Carolina


None of the property listed in paragraph 12 has been included in this claim of exemption.

None of the claims listed in paragraph 13 is subject to this claim of exemptions.


**S/: James Alexander Mason, Jr.**
    **James Alexander Mason, Jr.**

B6D (Official Form 6D) (12/07)

In re __James Alexander Mason, Jr.__                             Case No. __14-07105-5-DMW__
                              Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. | | | | Second Mortgage | | | | | |
| **Bank of America** **Attn: Officer** **PO Box 15019** **Wilmington, DE 19886** | | H | | **64 Forest View Place** **Durham, NC** **Date Purchased: 09.20.06** **Purchase Price: $1,700,000.00** **Tax Value: $1,634,387.00** **SC(1): Chatham Co. Tax Collector** **Amount Owed: $0.00** **SC(2): LSF9 Mortgage Holdings, LLC** **Amount Owed: $1,200,000.00** **SC(3)** | | | | | |
| | | | | VALUE          **$1,200,000.00** | | | | **$90,000.00** | **$90,000.00** |

Sheet 1 of 6 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **James Alexander Mason, Jr.**                                         Case No.  **14-07105-5-DMW**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Bank of America** <br> **Attn: Officer** <br> **PO Box 15019** <br> **Wilmington, DE 19886** | | H | **Mortgage** <br><br> **3 Red Bluff Ct.** <br> **Durham, NC 27713** <br> **Date Purchased: 11/2006** <br> **Purchase Price: $195,000.00** <br> **Tax Value: $183,070.00** <br> **SC(1): Durham Co. Tax** <br> **Amount Owed: $0.00** <br> **SC(2): Bank of America** <br> **Amount Owed: $145,000.00 (Est.)** <br> **SC(3): IRS** <br> **Amount Owed: $2** <br><br> VALUE          **$175,000.00** | | | | **$145,000.00** | **$0.00** |
| ACCOUNT NO. <br><br> **Frank Borges** <br> **12250 Tillinghast Drive Cr.** <br> **Palm Beach Gardens, FL 33418** | | H | **Direct loan to Debtor for business investment secured by interest in MMJ that is unperfected** <br><br> VALUE                    **$0.00** | | | X | **$1,000,000.00** | **Unknown** |

Sheet 2 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **James Alexander Mason, Jr.**                                    Case No.    **14-07105-5-DMW**
                          Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | Real Estate Tax | | | | | |
| **Chatham County Tax Collector Attn: Managing Agent P.O. Box 697 Pittsboro, NC 27312** | X | H | | **64 Forest View Place Durham, NC Date Purchased: 09.20.06 Purchase Price: $1,700,000.00 Tax Value: $1,634.387.00 SC(1): Chatham Co. Tax Collector Amount Owed: $0.00 SC(2): LSF9 Mortgage Holdings, LLC Amount Owed: $1,200,000.00 SC(3)** | | | | | |
| | | | | VALUE        $1,200,000.00 | | | | $0.00 | $0.00 |
| ACCOUNT NO. | | | | Homeowner's Association | | | | | |
| **Colvard Farms HOA c/o CAS 5915 Farrington Rd., Suite 104 Chapel Hill, NC 27517** | X | H | | **64 Forest View Place Durham, NC Date Purchased: 09.20.06 Purchase Price: $1,700,000.00 Tax Value: $1,634.387.00 SC(1): Chatham Co. Tax Collector Amount Owed: $0.00 SC(2): LSF9 Mortgage Holdings, LLC Amount Owed: $1,200,000.00 SC(3)** | | | | | |
| | | | | VALUE        $1,200,000.00 | | | | $1,212.77 | $1,212.77 |

Sheet 3 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  **James Alexander Mason, Jr.**  Case No.  **14-07105-5-DMW**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | Real Estate Tax | | | | | |
| **Durham County Tax Collector Attn: Managing Agent PO Box 3397 Durham, NC 27702** | X | H | | 3 Red Bluff Ct. Durham, NC 27713 Date Purchased: 11/2006 Purchase Price: $195,000.00 Tax Value: $183,070.00 SC(1): Durham Co. Tax Amount Owed: $0.00 SC(2): Bank of America Amount Owed: $145,000.00 (Est.) SC(3): IRS Amount Owed: $2 | | | | | |
| | | | | VALUE          $175,000.00 | | | | $0.00 | $0.00 |
| ACCOUNT NO. | | | | Tax Lien | | | | | |
| **Internal Revenue Service Attn:  Managing Agent PO Box 7346 Philadelphia, PA 19101-7346** | | H | | Equity in all property 2009-2011 Income Taxes | | | | | |
| | | | | VALUE          $1,200,000.00 | | | | $2,815,500.00 | Unknown |

Sheet 4 of 6 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **James Alexander Mason, Jr.**                                                Case No.  **14-07105-5-DMW**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| **LSF9 Mortgage Holdings, LLC**<br>**Attn:  Managing Agent**<br>**2711 N. Haskell Ave, Suite 1700**<br>**Dallas, TX 75204** | X | H | | **First Mortgage**<br><br>**64 Forest View Place**<br>**Durham, NC**<br>Date Purchased: 09.20.06<br>Purchase Price: $1,700,000.00<br>Tax Value: $1,634.387.00<br>**SC(1): Chatham Co. Tax Collector**<br>Amount Owed: $0.00<br>**SC(2): LSF9 Mortgage Holdings, LLC**<br>Amount Owed: $1,200,000.00<br>**SC(3)** | | | | | |
| | | | | VALUE        **$1,200,000.00** | | | | $1,200,000.00 | $0.00 |
| ACCOUNT NO. | | | | | | | | | |
| **Marriott Vacation Club**<br>**Attn:  Managing Agent**<br>**1200 Barton Rd., PO Box 8038**<br>**Lakeland, FL 33802** | | H | | **Timeshare**<br>**Orlando, FL**<br>**SC(1): Marriott Vacation Club**<br>Amount Owed: $150,000.00 | | | | | |
| | | | | VALUE        **$0.00** | | | | $150,000.00 | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| **Musty I, LLC**<br>**Attn:  Managing Agent**<br>**580 Throckmorton Ave**<br>**Mill Valley, CA 94941** | | H | | **Personal guarantee of Return of investment and 50% profit made  to Tier One Solar, LLC- Debtor pledged interest in MMJ Partners, LLP, but pledge has not been approved by partners, so it is not perfected.** | | | X | | |
| | | | | VALUE        **$0.00** | | | | $1,500,000.00 | Unknown |

Sheet 5 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D)  (12/07) - Cont.

In re **James Alexander Mason, Jr.**                                         Case No.   **14-07105-5-DMW**
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **NC Dept. of Revenue** <br> **Attn: Bankruptcy Unit** <br> **PO Box 1168** <br> **Raleigh, NC 27602-1168** | | H | *Tax Lien* <br><br> *All Property* <br><br> VALUE  *Unknown* | | | | **$300,000.00** | *Unknown* |
| ACCOUNT NO. <br><br> **NC Dept. of Revenue** <br> **Attn: Bankruptcy Unit** <br> **PO Box 1168** <br> **Raleigh, NC 27602-1168** | | H | *Tax Lien* <br><br> *All Property* <br><br> VALUE  *Unknown* | | | | **$115,000.00** | *Unknown* |
| ACCOUNT NO. <br><br> **NC Dept. of Revenue** <br> **Attn: Bankruptcy Unit** <br> **PO Box 1168** <br> **Raleigh, NC 27602-1168** | | H | *Tax Lien* <br><br> *64 Forest View Place* <br> *Durham, NC* <br> *Date Purchased: 09.20.06* <br> *Purchase Price: $1,700,000.00* <br> *Tax Value: $1,634.387.00* <br> *SC(1): Chatham Co. Tax Collector* <br> *Amount Owed: $0.00* <br> *SC(2): LSF9 Mortgage Holdings, LLC* <br> *Amount Owed: $1,200,000.00* <br> *SC(3)* <br><br> VALUE  **$1,200,000.00** | | | | **$450,000.00** | **$450,000.00** |
| | | | Total(s) <br> (Use only on last page) | | | | **$9,766,712.77** | **$656,212.77** |
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 6 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/13)

In re   **James Alexander Mason, Jr.**                              ,    Case No.   __14-07105-5-DMW__
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__2__   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **James Alexander Mason, Jr.** _____ ,    Case No.  __**14-07105-5-DMW**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

*Domestic Support Obligations*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |  AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | *Child Support and Alimony* | | | | | | |
| **Zenzi H. Mason 341 Oxfordshire Ln. Chapel Hill, NC 27517** | | H | | | X | X | | *Unknown* | |
| | | | | | | | *Unknown* | | *Unknown* |
| Account No. | | | *For Notice Purposes.  Current as of filing of this petition.* | | | | | | |
| **Shayala Williams 518 Libson St. Durham, NC 27703** | | H | | | | | | *0.00* | |
| | | | | | | | *0.00* | | *0.00* |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __**1**__ of __**2**__ continuation sheets attached to     Subtotal     *0.00*
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     *0.00*     *0.00*

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re    **James Alexander Mason, Jr.** _____,    Case No.   **14-07105-5-DMW**  _____

                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> *Chatham County Tax Collector* <br> *Attn:  Managing Agent* <br> *P.O. Box 697* <br> *Pittsboro, NC 27312* | | H | **For notice purposes only** | | | | 0.00 | 0.00 / 0.00 |
| Account No. <br><br> *Durham County Tax Collector* <br> *Attn: Managing Agent* <br> *PO Box 3397* <br> *Durham, NC 27702* | | H | **For notice purposes only** | | | | 0.00 | 0.00 / 0.00 |
| Account No. <br><br> *Internal Revenue Service* <br> *Attn:  Managing Agent* <br> *PO Box 7346* <br> *Philadelphia, PA 19101-7346* | | H | **Breakdown between secured, priority, and general unsecured is estimated. Total debt listed on Schedule D.** | | | | Unknown | Unknown / Unknown |
| Account No. <br><br> *NC Dept. of Revenue* <br> *Attn: Bankruptcy Unit* <br> *PO Box 1168* <br> *Raleigh, NC 27602-1168* | | H | **Breakdown between secured, priority, and general unsecured is estimated. Total debt listed on Schedule D.** | | | | Unknown | Unknown / Unknown |
| Account No. <br><br> *Wake County Revenue Dept.* <br> *Attn: Laverne Rountree* <br> *PO Box 2331* <br> *Raleigh, NC 27602* | | H | **For notice purposes only** | | | | 0.00 | 0.00 / 0.00 |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 / 0.00 |

B6F (Official Form 6F) (12/07)

In re **James Alexander Mason, Jr.**                       Case No. __**14-07105-5-DMW**__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.     *Credit Card* | | | | | *Credit Card* | | | | |
| *American Express* *Attn: Officer* *200 Vesey St.* *New York, NY 10285* | | H | | | | | | X | *60,000.00* |
| Account No. | | | | | *Unsecured Portion of Debt on* *64 Forest View Place* *Durham, NC* | | | | |
| *Bank of America* *Attn: Officer* *PO Box 15019* *Wilmington, DE 19886* | | H | | | | | X | | *75,000.00* |
| Account No.   **5024** | | | | | *Credit Card- Amount is estimated* | | | | |
| *Bank of America* *Attn: Officer* *PO Box 15019* *Wilmington, DE 19886* | | H | | | | | X | | *39,000.00* |
| Account No. | | | | | *Potential Deficiency from foreclosure of* *4901 Stockton Way* | | | | |
| *BB&T* *Attn: Jack R. Hayes* *P.O. Box 1847* *Wilson, NC 27894-1847* | X | H | | | | | X | | *Unknown* |

__5__ continuation sheets attached

Subtotal      *174,000.00*<br>(Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          S/N:25215-141010    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __James Alexander Mason, Jr._____,    Case No. __14-07105-5-DMW_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Services rendered as an enrolled agent | | | | |
| Devan Brown Attn: Managing Agent 3620 Shannon Rd., Suite 200 Durham, NC 27707 | | H | | | | X | | Unknown |
| Account No. | | | | Line of Credit | | | | |
| Coastal Federal Credit Union Attn: Glenn Bourgeois 1000 St. Albans Drive, Ste 210 Raleigh, NC 27609-6653 | | H | | | | | | 2,400.00 |
| Account No. | | | | Filed Notice of Appearance Counsel to Scott Landress | | | | |
| DLA Piper LLP Attn: Managing Agent 1251 Avenue of the Americas New York, NY 10020 | | H | | | | | | 0.00 |
| Account No. | | | | Potential obligation to pay ongoing expenses while venture is raising outside capital | | | | |
| HyperLight Attn: Managing Agent 2530 Meridian Pkwy, Suite 200 Durham, NC 27713 | | H | | | | X | | Unknown |
| Account No. | | | | Credit Card | | | | |
| Kohl's Attn: Managing Agent PO Box 3115 Milwaukee, WI 53201 | | H | | | | | | 500.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 2,900.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  __James Alexander Mason, Jr._____,    Case No. ___14-07105-5-DMW_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan for business purposes | | | | |
| Nina Lesavoy 3 East 63rd Street #2BC New York, NY 10065 | | H | | | | | 12,000.00 |
| Account No. | | | For notice purposes only | | | | |
| Akilah Mason 1608 Barony Lake Way Raleigh, NC 27614 | | H | | | | X | Unknown |
| Account No. | | | any and all non-DOS claims arising out of divorce and separation agreement | | | | |
| Zenzi H. Mason 341 Oxfordshire Ln. Chapel Hill, NC 27517 | | H | | | X | X | Unknown |
| Account No. | | | Loan for business purposes | | | | |
| Jamel McDuffie 8311 Briar Creek Pkwy #105-406 Raleigh, NC 27617 | | H | | | | | 55,000.00 |
| Account No. | | | Remainder of rental contract | | | | |
| Michael McHaney Attn: Managing Agent PO Box 51012 Oxnard, CA 93031 | | H | | | | | 10,950.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of                                   Subtotal                   77,950.00
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Alexander Mason, Jr.** _____,   Case No. __14-07105-5-DMW__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Eric Michanx** Attn: Managing Agent PO Box 2152 Durham, NC 27702 | | H | **Legal Services** | | X | | **Unknown** |
| Account No. **NY State Dept of Tax and Finance** Attn: Managing Agent 110 State St. #2 Albany, NY 12207 | | H | **2010 Income Taxes** | | | X | **27,967.30** |
| Account No. **Robinson Bradshaw Hinson** Attn: Managing Agent 101 North Tryon St., Suite 1900 Charlotte, NC 28246 | | H | **Legal Services; Unclear as to what amount other than debt is owed by Debtor.** | | X | X | **118,621.26** |
| Account No. **Rooms To Go** Attn: Managing Agent 5900 Glenwood Ave. Raleigh, NC 27612 | | H | **Debt Owed** | | | | **865.00** |
| Account No. **Helen Sampson** 1608 Barony Lake Way Raleigh, NC 27614 | X | H | **Personal Loan** | | | | **188,000.00** |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **335,453.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    __James Alexander Mason, Jr._____,    Case No.    __14-07105-5-DMW_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For notice purposes only | | | | |
| Deborah Sandlin 5617 Departure Dr. Suite 109 Raleigh, NC 27616 | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Sklar & Associates Attn: Managing Agent 127 Peachtree St., Suite 500 Atlanta, GA 30303 | | H | | | | | | 1,000.00 |
| Account No. | | | | For notice purposes only | | | | |
| Substitute Trustee Services, Inc Attn: Managing Agent PO Box 1028 Fayetteville, NC 28302 | | H | | | | | | 0.00 |
| Account No. | | | | Potential liability on second mortgage loan secured by 4901 Stockton Way (foreclosed by first DOT) | | X | | Unknown |
| Suntrust Bank Attn: Managing Agent PO Box 305053 Nashville, TN 37230 | | H | | | | | | |
| Account No. | | | | For notice purposes only | | | | |
| Trustee Services of Carolina, LLC Attn: Managing Agent 5710 Oldeander Dr., Suite 204 Wilmington, NC 28403 | | H | | | | | | 0.00 |

Sheet no. __4___ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Alexander Mason, Jr.**                                      , Case No.  **14-07105-5-DMW**
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | *Executory lease contract to suite in Blue Zone at Kenan Stadium.  $60,000.00 of $260,000.00 4-year lease has been paid.* | | | | |
| **UNC Education Foundation** **Attn:  Managing Agent** **450 Skipper Bowles Dr.** **Chapel Hill, NC 27599** | | H | | | | | |
| | | | | | | | 200,000.00 |
| Account No. | | | *For notice purposes only* | | | | |
| **Woodlake HOA** **c/o CAS** **5915 Farrington Rd., Suite 104** **Chapel Hill, NC 27517** | | H | | | | | |
| | | | | | | | *0.00* |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no.  **5**  of  **5**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **200,000.00**

Total
(Report on Summary of Schedules)  **791,303.56**

B6G (Official Form 6G) (12/07)

In re   **James Alexander Mason, Jr.**                                    ,        Case No.   **14-07105-5-DMW**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Marriott Vacation Club**<br>**Attn:  Managing Agent**<br>**1200 Barton Rd., PO Box 8038**<br>**Lakeland, FL 33802** | **time Share Point System**<br>**Debtor's obligation is $1,500.00 per month** |
| **Michael McHaney**<br>**Attn:  Managing Agent**<br>**PO Box 51012**<br>**Oxnard, CA 93031** | **Rental Contract**<br>**Amount Owed: $10,950.00**<br>**Debtor does not plan to continue with lease terms** |
| **Phil Miller**<br>**7712 Harps Mill Rd.**<br>**Raleigh, NC 27615** | **Residential Lease of**<br>**1608 Borany Lake Way**<br>**Raleigh, NC 27614** |
| **UNC Education Foundation**<br>**Attn:  Managing Agent**<br>**450 Skipper Bowles Dr.**<br>**Chapel Hill, NC 27599** | **Contract to lease suite in Blue Zone (16 Seats) at Kenan Stadium.**<br>**Amount Owed: $200,000.00** |

*0*
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **James Alexander Mason, Jr.**                                              ,     Case No.   **14-07105-5-DMW**
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Akilah Mason**<br>**1608 Barony Lake Way**<br>**Raleigh, NC 27614** | **Helen Sampson**<br>**1608 Barony Lake Way**<br>**Raleigh, NC 27614** |
| **Zenzi H. Mason**<br>**341 Oxfordshire Ln.**<br>**Chapel Hill, NC 27517** | **LSF9 Mortgage Holdings, LLC**<br>**Attn:  Managing Agent**<br>**2711 N. Haskell Ave, Suite 1700**<br>**Dallas, TX 75204** |
| **Zenzi H. Mason**<br>**341 Oxfordshire Ln.**<br>**Chapel Hill, NC 27517** | **Colvard Farms HOA**<br>**c/o CAS**<br>**5915 Farrington Rd., Suite 104**<br>**Chapel Hill, NC 27517** |
| **Zenzi H. Mason**<br>**341 Oxfordshire Ln.**<br>**Chapel Hill, NC 27517** | **Chatham County Tax Collector**<br>**Attn:  Managing Agent**<br>**P.O. Box 697**<br>**Pittsboro, NC 27312** |
| **Zenzi H. Mason**<br>**341 Oxfordshire Ln.**<br>**Chapel Hill, NC 27517** | **Durham County Tax Collector**<br>**Attn: Managing Agent**<br>**PO Box 3397**<br>**Durham, NC 27702** |
| **Zenzi H. Mason**<br>**341 Oxfordshire Ln.**<br>**Chapel Hill, NC 27517** | **BB&T**<br>**Attn: Jack R. Hayes**<br>**P.O. Box 1847**<br>**Wilson, NC 27894-1847** |

*0*
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| Debtor 1 | *James Alexander Mason, Jr.* |
|---|---|
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

| Case number (If known) | *14-07105-5-DMW* |
|---|---|

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                       12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed  ☐ Not employed | ☐ Employed  ☐ Not employed |
| | Occupation | *President* | |
| | Employer's name | *Tier One Solar* | |
| | Employer's address | *2530 Meridian Pkwy Suite 200 Durham, NC 27713* | |
| | How long employed there? | *02/2013-Present* | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ *0.00* | $ *N/A* |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ *0.00* | +$ *N/A* |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ *0.00* | $ *N/A* |

Debtor 1  **James Alexander Mason, Jr.**                          Case number (*if known*)  **14-07105-5-DMW**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 0.00 | $ | N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: *Income From All Sources (Est.)* | 8h.+ | $ 100,000.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.   $ 100,000.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.     10.  $ 100,000.00  + $ N/A  = $ 100,000.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____     11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.  $ 100,000.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: | *Income listed is Debtor's best estimate.  Debtor's income depends on numerous factors.* |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James Alexander Mason, Jr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (If known) | **14-07105-5-DMW** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                                      12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| *Daughter* | *1* | ☐ No  ■ Yes |
| *Daughter* | *9* | ☐ No  ■ Yes |
| *Son* | *13* | ☐ No  ■ Yes |
| *Son* | *14* | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ _____ **7,500.00**

   **If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ **400.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ **200.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ **0.00** |

---

Official Form B 6J                    **Schedule J: Your Expenses**                    page 1

| Debtor 1 | *James Alexander Mason, Jr.* | Case number (if known) | *14-07105-5-DMW* |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 600.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 65.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 100.00 |
| | 6d. | Other. Specify: *Cable/Internet* | 6d. $ | 225.00 |
| | | *Cell phone* | $ | 1,000.00 |
| | | *Trash Removal* | $ | 130.00 |
| | | *Security System* | $ | 100.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 5,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 500.00 |
| 10. | **Personal care products and services** | | 10. $ | 500.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 1,000.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 500.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 6,000.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 1,100.00 |
| | 15c. | Vehicle insurance | 15c. $ | 1,000.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: *Estimated Tax Payments* | | 16. $ | 25,000.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | | 18. $ | 11,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 63,920.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 100,000.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 63,920.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 36,080.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.
Explain:

> *Income is an estimate.  Ongoing obligation to pay alimony to Zenzi Mason of $21,700.00 per month is in dispute and not listed as an expense.  Additionally, Debtor may have obligation to support current spouse arising out of their separation.*

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **James Alexander Mason, Jr.**

Debtor(s)

Case No.  **14-07105-5-DMW**

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**35**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 29, 2014**

Signature  **/s/ James Alexander Mason, Jr.**

**James Alexander Mason, Jr.**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re __James Alexander Mason, Jr.__        Case No. __14-07105-5-DMW__
Debtor(s)    Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 23,249.00 |
    | Prior to the filing of this statement I have received | $ | 23,249.00 |
    | Balance Due | $ | Unknown |

2.  $ __1,751.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

5.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☒ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached;

    The Janvier Law Firm
    See Application to Employ

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **FEE SET OUT ABOVE IS RETAINER. TOTAL FEES WILL BE AMOUNTS APPROVED BY THE COURT.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __December 8, 2014__      __/s/ William E. Brewer, Jr.__
                                      **William E. Brewer, Jr. 7018**
                                      **The Brewer Law Firm**
                                      **311 E. Edenton St.**
                                      **Raleigh, NC 27601**
                                      **919-832-2288  Fax: 919-834-2011**
                                      **notices@williambrewer.com**

## United States Bankruptcy Court
### Eastern District of North Carolina

In re  __James Alexander Mason, Jr._____  Case No. _____

_____ Debtor(s)    Chapter  __11_____

## VERIFICATION OF CREDITOR MATRIX

The debtor verifies that this creditor matrix contains a true and accurate listing of most of his creditors, to the best of his knowledge and belief.   He intends to review the list and make any additions and corrections that are appropriate

Date:  __December  8, 2014_____    /s/ James Alexander Mason, Jr._____

                                                James Alexander Mason, Jr.
                                                Signature of Debtor

American Express
Attn: Officer
200 Vesey St.
New York, NY 10285

Durham County Tax Collector
Attn: Managing Agent
PO Box 3397
Durham, NC 27702

Jamel McDuffie
8311 Briar Creek Pkwy
#105-406
Raleigh, NC 27617

Bank of America
Attn: Officer
PO Box 15019
Wilmington, DE 19886

HyperLight
Attn: Managing Agent
2530 Meridian Pkwy, Suite 200
Durham, NC 27713

Michael McHaney
Attn: Managing Agent
PO Box 51012
Oxnard, CA 93031

BB&T
Attn: Jack R. Hayes
P.O. Box 1847
Wilson, NC 27894-1847

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

Eric Michanx
Attn: Managing Agent
PO Box 2152
Durham, NC 27702

Frank Borges
12250 Tillinghast Drive Cr.
Palm Beach Gardens, FL 33418

Kohl's
Attn: Managing Agent
PO Box 3115
Milwaukee, WI 53201

Phil Miller
7712 Harps Mill Rd.
Raleigh, NC 27615

Devan Brown
Attn: Managing Agent
3620 Shannon Rd., Suite 200
Durham, NC 27707

Nina Lesavoy
3 East 63rd Street
#2BC
New York, NY 10065

Musty I, LLC
Attn: Managing Agent
580 Throckmorton Ave
Mill Valley, CA 94941

Chatham County Tax Collector
Attn: Managing Agent
P.O. Box 697
Pittsboro, NC 27312

LSF9 Mortgage Holdings, LLC
Attn: Managing Agent
2711 N. Haskell Ave, Suite 1700
Dallas, TX 75204

NC Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Coastal Federal Credit Union
Attn: Glenn Bourgeois
1000 St. Albans Drive, Ste 210
Raleigh, NC 27609-6653

Marriott Vacation Club
Attn: Managing Agent
1200 Barton Rd., PO Box 8038
Lakeland, FL 33802

NY State Dept of Tax and Financ
Attn: Managing Agent
110 State St. #2
Albany, NY 12207

Colvard Farms HOA
c/o CAS
5915 Farrington Rd., Suite 104
Chapel Hill, NC 27517

Akilah Mason
1608 Barony Lake Way
Raleigh, NC 27614

Robinson Bradshaw Hinson
Attn: Managing Agent
101 North Tryon St., Suite 1900
Charlotte, NC 28246

DLA Piper LLP
Attn: Managing Agent
1251 Avenue of the Americas
New York, NY 10020

Zenzi H. Mason
341 Oxfordshire Ln.
Chapel Hill, NC 27517

Rooms To Go
Attn: Managing Agent
5900 Glenwood Ave.
Raleigh, NC 27612

Helen Sampson
1608 Barony Lake Way
Raleigh, NC 27614

Shayala Williams
518 Libson St.
Durham, NC 27703

Deborah Sandlin
5617 Departure Dr.
Suite 109
Raleigh, NC 27616

Woodlake HOA
c/o CAS
5915 Farrington Rd., Suite 104
Chapel Hill, NC 27517

Scott Allen
Attn:  Managing Agent
4101 Lake Boone Trail, Suite 500
Raleigh, NC 27607

Zenzi H. Mason
341 Oxfordshire Ln.
Chapel Hill, NC 27517

Sklar & Associates
Attn:  Managing Agent
127 Peachtree St., Suite 500
Atlanta, GA 30303

Substitute Trustee Services, Inc
Attn:  Managing Agent
PO Box 1028
Fayetteville, NC 28302

Suntrust Bank
Attn:  Managing Agent
PO Box 305053
Nashville, TN 37230

Trustee Services of Carolina, LLC
Attn:  Managing Agent
5710 Oldeander Dr., Suite 204
Wilmington, NC 28403

UNC Education Foundation
Attn:  Managing Agent
450 Skipper Bowles Dr.
Chapel Hill, NC 27599

Wake County Revenue Dept.
Attn: Laverne Rountree
PO Box 2331
Raleigh, NC 27602

B22B (Official Form 22B) (Chapter 11) (12/10)

In re  **James Alexander Mason, Jr.**
_____
Debtor(s)

Case Number:  **14-07105-5-DMW**
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 0.00 | $ 0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00  Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 0.00  Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | | $ 0.00 | $ 0.00 |
| 4 | **Net Rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00  Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00  Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00  Spouse $ 0.00 | | $ 0.00 | $ 0.00 |
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. *Income from all sources (Est.)* — Debtor $ 83,333.00  Spouse $ 0.00<br>b. | | $ 83,333.00 | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | | $ 83,333.00 | $ 0.00 |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                                                 **2**

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ | **83,333.00** |

| **Part II. VERIFICATION** |

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |

Date:   __December 29, 2014__                    Signature:   __/s/ James Alexander Mason, Jr.__

                                                                                     **James Alexander Mason, Jr.**
                                                                                                  (Debtor)