# MINUTES OF SECTION 341 MEETING OF CREDITORS

## Chapter 11

*Date:* **January 5, 2015**    *Time:* **10:00 am**    *Debtor:* **Mason, James Alexander, Jr.**

*Case Number:* **14-07105-5-DMW**

**APPEARANCES:**    *Debtor(s)*    *Individual:*    ☒ Debtor Present
☐ Debtor Not Present

*Joint:*    ☐ Both Debtors Present
☐ Neither Debtor Present
☐ Husband Only Present
☐ Wife Only Present

*Business*    ☐ Representative Present
Name:
Title:
☐ Representative Not Present

*Debtor's Attorney:*    Brewer , William

*Creditor(s)*    for
for
for

☒ *See Attached List*

**NEW ADDRESS:**    New Address:
New Address 2:
Telephone:

**NOTES:**

**MEETING:**    Concluded

**RECORDING TRACK NUMBER:**    3

*s/ Rick P. Hinson*
**Bankruptcy Administrator/Designee**

OFFICE OF THE BANKRUPTCY ADMINISTRATOR
EASTERN DISTRICT OF NORTH CAROLINA

Meeting of Creditors (11 U.S.C. § 341)

ATTENDANCE SHEET

(Please Print)

Case Name:   Mason, James Alexander, Jr.
Case No.:    14-07105-5-DMW

| Name, Address & Phone Number | Representing (if other than creditor) |
|---|---|
| Daniel C Genter IV<br>DLA Piper LLP (US)<br>4141 Parklake Ave., Suite 300<br>Raleigh, NC, 27612<br>(919) 786-2060 | |
| Deborah Sandlin<br>Sandlin Family Law<br>5617 Departure Dr Ste 109<br>Raleigh, NC 27616<br>(919) 850-9199 | |
| Philip Sasser | |
| Jamel McDuffie<br>8311 Brier Creek Pkwy #105-406<br>Raleigh, NC 27617<br>919.949.4755 | |