UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
--------------------------------------------------------x
In re

                                            Case No. 14-07105-5-DMW

JAMES ALEXANDER MASON, JR.,

                         Debtor.
--------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel in the representation of StepStone Group LP (the "Appearing Party"), an interested party in the above–captioned bankruptcy case, pursuant to 11 U.S.C. §§ 342 and 1109(b), Fed. R. Bankr. P. 2002, 9007, and 9010, and the Local Rules of this Court, and request that all notices given or required to be given in the above–captioned bankruptcy case and all papers, documents and/or pleadings filed herein, served or required to be served in the above–captioned bankruptcy case, be given to or served upon the undersigned at the address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules and statutes specified above, but also includes without limitation, disclosure statements and plans, orders and notices of any application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before this Court whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise filed or made with regard to the referenced case and proceeding herein which affect or seek to affect, in any way, any rights or interest of the Appearing Party.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim,

claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after de novo review by a United States District Court Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       January 21, 2015

Shenwick & Associates

By: /s/ James H. Shenwick
        James H. Shenwick (JS 7825)
        655 Third Avenue, 20th Floor
        New York, New York 10017
        Telephone: (212) 541-6224
        Fax: (646) 218-4600
        E-mail: jshenwick@gmail.com