**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

IN RE:                                                    CASE NO:

## MONTHLY REPORT OF INDIVIDUAL DEBTOR IN POSSESSION/TRUSTEE

**DATE PETITION WAS FILED:** _____

**REPORTING PERIOD COVERED:** _____

We declare under penalty of perjury that the information contained in this report is true and correct to the best of our knowledge and belief:

Respectfully submitted this ___27th___ , day of _October, 2015___

**DEBTOR:**                                              **JOINT DEBTOR:**

Signature:__/s/James A. Mason, Jr._          Signature:_____

Date:__October 27, 2015_____          Date: _____

I have read the information in this report, and the information contained herein is true and correct to the best of my knowledge and belief:

Respectfully submitted this __27TH_____, day of __OCTOBER, 2015_____

 **CHAPTER 11 TRUSTEE:**

Signature: /s/ Richard D. Sparkman

Date: _October 27, 2015_____

*Penalty for making a false statement or filing a false report: Fine of up to $500,000.00 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571*

*Revised October, 2015*

# PART A: CERTIFICATIONS

|   |   | YES | NO | N/A |
|---|---|---|---|---|
| 1. | All post-petition taxes [tax obligations arising after the Chapter 11 petition was filed] are currently paid or deposited. |   |   |   |
| 2. | All tax returns coming due post-petition have been filed or extensions granted. |   |   |   |
| 3. | All administrative expenses [post-petition obligations] other than taxes are current. |   |   |   |
| 4. | All insurance remains in full force and effect in accordance with Local Bankruptcy Rule No. 4002-1(b)(1)(c). |   |   |   |
| 5. | New books and records were opened as of the petition date and are being maintained monthly and are current. |   |   |   |
| 6. | New DIP bank accounts were opened and are reconciled in accordance with Local Bankruptcy Rule No. 4002-1(b)(1). |   |   |   |
| 7. | All pre-petition bank accounts have been closed. |   |   |   |
| 8. | The Debtor sought Court approval prior to paying any pre-petition, unsecured debts [obligations due on or before the filing of the case] this reporting period? |   |   |   |
| 9. | All funds coming into the Debtor's bankruptcy estate have been deposited into the DIP account(s). |   |   |   |
| 10. | Payments to professionals (attorney, accountant, appraiser, realtor, etc.) during this reporting period were authorized by the Court. |   |   |   |
| 11. | Court approval was requested and granted for any transfers or sales of property that were made during this period. |   |   |   |
| 12. | Estate funds which are on deposit in banking institutions are fully covered by FDIC or FSLIC insurance of $250,000.00. |   |   |   |
| 13. | Did any person or entity pay any expenses or costs on behalf of the Debtor? If you answered yes, please provide additional information on the following pages. |   |   |   |

**IF THE ANSWER TO ANY OF THE CERTIFICATIONS REQUIRES ADDITIONAL INFORMATION, PLEASE PROVIDE AN EXPLANATION ON THE SUPPLEMENT TO PART B.**

*Revised October, 2015*

## SUPPLEMENT TO PART A:

1.      (a) Post-petition taxes not current or not deposited:

Type _____ and amount $_____ unpaid or not deposited.

Type _____ and amount $_____ unpaid or not deposited.

Type _____ and amount $_____ unpaid or not deposited.

(b) When will the Debtor bring these taxes current?

2.      (a) Tax returns not filed:

(b) Why haven't the required tax returns been filed?

3.      (a) Administrative expenses [post-petition] other than taxes not current:

Type _____ and amount $_____ unpaid or not deposited.

Type _____ and amount $_____ unpaid or not deposited.

Type _____ and amount $_____ unpaid or not deposited.

(b) When will the Debtor bring these payments current?

4.      Description of uninsured estate property, reasons why and steps implemented to obtain insurance:

5.      Reason/explanation why new books and records have not been opened:

*Revised October, 2015*

6.      Reason/explanation as to why new bank accounts have not been opened:

7.      Reason/explanation as to why old bank accounts have not been closed:

8.      List all prepetition debts which were paid this reporting period, including the name and address of the creditor paid, the amount paid, and the justification for the payment:

9.      Reason/explanation as to why estate funds were not deposited in the DIP accounts.   Please detail where the estate funds were deposited, or (if not deposited), how they were disbursed:

10.     List the name of each professional paid and how much each professional was paid:

11.     List all property which was sold/transferred without prior approval of the Court:

12.     If funds are not fully covered by FDIC or FSLIC insurance of $250,000.00, provide name of bank[s] wherein estate monies are deposited and the balance of all accounts therein:

13.     List all expenses paid on behalf of the Debtor, including the name of the person or entity who made the payments:

*Revised October, 2015*

# PART B: SUMMARY OF CASH RECEIPTS AND DISBURSEMENTS

**NATURE/TYPE OF ACCOUNT:** _____**Checking Account (Account #**_____ **)**

_____**Savings Account (Account #** _____ **)**

_____**Other (Account #** _____ **)**

_____**Cash Activity**

## AMOUNT:

1. CASH BALANCE FROM PREVIOUS MONTH'S REPORT:                         $ _____

2. TOTAL INCOME/TRANSFERS:                                          $ _____
   [On following page- *EXHIBIT 1*
   - provide a description of the source and amount]

3. TOTAL EXPENSES/TRANSFERS:                                        $ _____
   [On following page- *EXHIBIT 2*
   - provide a description of the disbursements]

4. ENDING CASH, RECONCILED BALANCE:                                 $ _____

## SUMMARY OF BANK ACCOUNT INFORMATION

5. TOTAL BANK BALANCE                                               $ _____

6. <u>PLUS</u> UNCLEARED DEPOSITS                                   $ _____

7. <u>LESS</u> UNCLEARED CHECKS                                     $ _____

8. RECONCILED BALANCE:                                             *$ _____

**\***If item #5 differs from Item #9, please explain:

*Revised October, 2015*

# EXHIBIT 1

**DESCRIPTION/ITEMIZATION OF <u>RECEIPTS</u> (ACCOUNT # _____ )**

| RECEIPTS: | AMOUNT: |
|---|---|
| | |
| Salary and Wages | $ |
| Rental Income | $ |
| Borrowing by debtor (list sources below):<br><br>(a)_____<br>(b)_____<br>(c)_____ | (list amounts below):<br><br>(a)_____<br>(b)_____<br>(c)_____<br><br>Total = $ |
| Transfers from other accounts (list accounts below):<br><br>(a)_____<br>(b)_____<br>(c)_____ | (list amounts below):<br><br>(a)_____<br>(b)_____<br>(c)_____<br><br>Total = $ |
| Other forms of income (list sources below)<br><br>(a)_____<br>(b)_____<br>(c)_____ | (list amounts below):<br><br>(a)_____<br>(b)_____<br>(c)_____<br><br>Total = $ |

➔     \*TOTAL =      $ _____

**\*Total equals item #2/ TOTAL INCOME/TRANSFERS on Part B.**

*Revised October, 2015*

# EXHIBIT 2

### DESCRIPTION/ITEMIZATION OF EXPENSES (ACCOUNT # _____ )

| EXPENSES: | AMOUNT: |
|---|---|
| | |
| Mortgage (Primary Residence) | $ |
| Vehicle Loans | $ |
| Other Secured Debt | $ |
| Residential Lease | $ |
| Vehicle Lease | $ |
| Taxes (Income, Property, Etc.) | $ |
| Alimony & Child Support | $ |
| Utilities (Telephone, Electricity, Water, Other) | $ |
| Real Property Insurance Premiums | $ |
| Vehicle Insurance Premiums | $ |
| Life and Health Insurance Premiums | $ |
| Food (Groceries, Dining Out, Etc.) | $ |
| Recreation/Entertainment/Travel | $ |
| Medical (Doctor, Prescriptions, Etc.) | $ |
| Personal Care | $ |
| Clothing | $ |
| Gifts | $ |
| Donations (Charity, Tithing, Etc.) | $ |
| Transportation Costs (e.g., fuel, tolls, parking) | $ |
| Vehicle Maintenance and Repairs Costs | $ |
| Household Supplies | $ |
| Real Property Repairs and Maintenance Costs | $ |
| Tuition/Education Costs | $ |
| Professional Fees | $ |
| Quarterly Fees | $ |
| Cash Withdrawals (Itemize on Separate Part B) | $ |
| Transfers to other accounts (list accounts below):<br><br>(a) _____<br>(b) _____<br>(c) _____ | (list amounts below):<br><br>(a) _____<br>(b) _____<br>(c) _____<br><br>Total = $ |
| Other (PROVIDE ATTACHMENT) | $ |

➔ *TOTAL =      $ _____

**\*Total equals item #4/ TOTAL EXPENSES/TRANSFERS on Part B.**

*Revised October, 2015*

# PART B: SUMMARY OF CASH RECEIPTS AND DISBURSEMENTS

**NATURE/TYPE OF ACCOUNT:**       _____ **Checking Account (Account #_____ )**
      _____ **Savings Account (Account # _____ )**
      _____ **Other (Account # _____ )**
      _____ **Cash Activity**

**AMOUNT:**

1. CASH BALANCE FROM PREVIOUS       $ _____
   MONTH'S REPORT:

2. TOTAL INCOME/TRANSFERS:       $ _____
   [On following page- *EXHIBIT 1*
   - provide a description of the source and amount]

3. TOTAL EXPENSES/TRANSFERS:       $ _____
   [On following page- *EXHIBIT 2*
   - provide a description of the disbursements]

4. ENDING CASH, RECONCILED BALANCE:       $ _____

## SUMMARY OF BANK ACCOUNT INFORMATION

5. TOTAL BANK BALANCE       $ _____

6. PLUS UNCLEARED DEPOSITS       $ _____

7. LESS UNCLEARED CHECKS       $ _____

8. RECONCILED BALANCE:       *$ _____

*If item #5 differs from Item #9, please explain:

*Revised October, 2015*

# EXHIBIT 1

### DESCRIPTION/ITEMIZATION OF RECEIPTS (ACCOUNT # _____ )

| RECEIPTS: | AMOUNT: |
|---|---|
| | |
| Salary and Wages | $ |
| Rental Income | $ |
| Borrowing by debtor (list sources below):<br><br>(a)_____<br>(b)_____<br>(c)_____ | (list amounts below):<br><br>(a)_____<br>(b)_____<br>(c)_____<br><br>Total = $ |
| Transfers from other accounts (list accounts below):<br><br>(a)_____<br>(b)_____<br>(c)_____ | (list amounts below):<br><br>(a)_____<br>(b)_____<br>(c)_____<br><br>Total = $ |
| Other forms of income (list sources below)<br><br>(a)_____<br>(b)_____<br>(c)_____ | (list amounts below):<br><br>(a)_____<br>(b)_____<br>(c)_____<br><br>Total = $ |

➔     *TOTAL =     $ _____

**\*Total equals item #2/ TOTAL INCOME/TRANSFERS on Part B.**

*Revised October, 2015*

# EXHIBIT 2

### DESCRIPTION/ITEMIZATION OF EXPENSES (ACCOUNT # _____ )

| EXPENSES: | AMOUNT: |
|---|---|
|  |  |
| Mortgage (Primary Residence) | $ |
| Vehicle Loans | $ |
| Other Secured Debt | $ |
| Residential Lease | $ |
| Vehicle Lease | $ |
| Taxes (Income, Property, Etc.) | $ |
| Alimony & Child Support | $ |
| Utilities (Telephone, Electricity, Water, Other) | $ |
| Real Property Insurance Premiums | $ |
| Vehicle Insurance Premiums | $ |
| Life and Health Insurance Premiums | $ |
| Food (Groceries, Dining Out, Etc.) | $ |
| Recreation/Entertainment/Travel | $ |
| Medical (Doctor, Prescriptions, Etc.) | $ |
| Personal Care | $ |
| Clothing | $ |
| Gifts | $ |
| Donations (Charity, Tithing, Etc.) | $ |
| Transportation Costs (e.g., fuel, tolls, parking) | $ |
| Vehicle Maintenance and Repairs Costs | $ |
| Household Supplies | $ |
| Real Property Repairs and Maintenance Costs | $ |
| Tuition/Education Costs | $ |
| Professional Fees | $ |
| Quarterly Fees | $ |
| Cash Withdrawals (Itemize on Separate Part B) | $ |
| Transfers to other accounts (list accounts below):<br>(a) _____<br>(b) _____<br>(c) _____ | (list amounts below):<br><br>(a) _____<br>(b) _____<br>(c) _____<br><br>Total = $ |
| Other (PROVIDE ATTACHMENT) | $ |

➔ *TOTAL =        $ _____

**\*Total equals item #4/ TOTAL EXPENSES/TRANSFERS on Part B.**

*Revised October, 2015*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

| Case No: | 14-07105-5-DMW  -DW | Trustee Name: | Richard D. Sparkman, Ch 11 Trustee |
|---|---|---|---|
| Case Name: | JAMES ALEXANDER MASON, JR. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0142  Checking Account (Non-Interest Earn |

Taxpayer ID No:   *******9581

For Period Ending:   09/30/15

Blanket Bond (per case limit):   $        0.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 09/01/15 | 1 | James A. Mason, Jr. 1608 Barony Lake Way Raleigh, NC 27614 | Initial cash deposit from Debtor | 100.00 | | | | | 100.00 |
| C 09/18/15 | 19 | James A. Mason, Jr. 1608 Barony Lake Way Raleigh, NC 27614 | MMJ Proceeds from DIP Acct | 219,087.88 | | | | | 219,187.88 |
| 09/24/15 | 001001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Trustee Bond Bond #016067199 | | | 2,500.00 | | | 216,687.88 |
| 09/24/15 | 001002 | Donald Sklar Sklar & Associates, LLC 127 Peachtree Street, Suite 500 Atlanta, GA 30303 | Professional Fees- Accountant 2nd Interim professional fees per 9/18/15 Order. | | | 7,718.20 | | | 208,969.68 |
| 09/28/15 | 001003 | James A. Mason, Jr. 1608 Baronly Lake Way Raleigh, NC 27614 | Cost Of Administration Sept 2015 Living Expense Budget $20,885.00 Oct 2015 Living Expense Budget $20,885.00 | | | 41,770.00 | | | 167,199.68 |
| 09/28/15 | 001004 | Zenzi Hopkins Mason 341 Oxfordshire Lane Chapel Hill, NC 27517 | Cost Of Administration Sept 2015 Alimony $21,700.00 Oct 2015 Alimony $21,700.00 Sept 2015 Child Support $9,000.00 Oct 2015 Child Support  $9,000.00 | | | 61,400.00 | | | 105,799.68 |
| 09/28/15 | 001005 | Shayala Williams 6311 Coronado Lane Durham, NC 27713-6680 | Cost Of Administration Sept 2015 Child Support Oct 2015 Child Support | | | 4,000.00 | | | 101,799.68 |

LFORM2XT

**EXHIBIT 3**

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-07105-5-DMW -DW |
| Case Name: | JAMES ALEXANDER MASON, JR. |
| Taxpayer ID No: | *******9581 |
| For Period Ending: | 09/30/15 |

| | |
|---|---|
| Trustee Name: | Richard D. Sparkman, Ch 11 Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******0142 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $    0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0142 | | Balance Forward | 0.00 | | |
|---|---|---|---|---|---|
| 2 | Deposits | 219,187.88 | 5 Checks | 117,388.20 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 219,187.88 | Total | $ 117,388.20 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | $ 219,187.88 | | |

LFORM2XT

Ver: 19.00

# PART C: STATUS OF PAYMENTS TO SECURED CREDITORS

*List all secured creditors and collateral descriptions, regardless if payments are made

| | |
|---|---|
| **Creditor Name:** | |
| **Amount Paid this Month:** | |
| **Description of Collateral:** | |
| **Payment Pursuant to Bankruptcy Court Order?** | |

| | |
|---|---|
| **Creditor Name:** | |
| **Amount Paid this Month:** | |
| **Description of Collateral:** | |
| **Payment Pursuant to Bankruptcy Court Order?** | |

| | |
|---|---|
| **Creditor Name:** | |
| **Amount Paid this Month:** | |
| **Description of Collateral:** | |
| **Payment Pursuant to Bankruptcy Court Order?** | |

| | |
|---|---|
| **Creditor Name:** | |
| **Amount Paid this Month:** | |
| **Description of Collateral:** | |
| **Payment Pursuant to Bankruptcy Court Order?** | |

**[Attach a separate page for additional secured debt payments]**

*Revised October, 2015*

# PART D: STATUS OF PAYMENTS TO LESSORS

*List all lessors and description of leased property, regardless if payments are made

| | |
|---|---|
| **Lessor Name:** | |
| **Amount Paid this Month:** | |
| **Description of Leased Property:** | |
| **Is Lease Current?** | |

| | |
|---|---|
| **Lessor Name:** | |
| **Amount Paid this Month:** | |
| **Description of Leased Property:** | |
| **Is Lease Current?** | |

| | |
|---|---|
| **Lessor Name:** | |
| **Amount Paid this Month:** | |
| **Description of Leased Property:** | |
| **Is Lease Current?** | |

| | |
|---|---|
| **Lessor Name:** | |
| **Amount Paid this Month:** | |
| **Description of Leased Property:** | |
| **Is Lease Current?** | |

**[Attach a separate page for additional lease payments]**

*Revised October, 2015*

# PART E: SUMMARY OF PROPERTY SALES AND PROFESSIONAL FEE PAYMENTS

**1.) PROPERTY SALE REPORT:**

| Description of Property Sold | Date Property Sold | Sale Funds Disbursed by or on behalf of Debtor |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**2.) REPORT OF ALL PAYMENTS MADE TO PROFESSIONALS THIS MONTH:**

| Name of Professional | Compensation Authorized by the Court | Compensation Received this Month |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

*Revised October, 2015*

# PART F: CHAPTER 11 QUARTERLY FEES

***DISBURSEMENTS INCLUDE*:**   Sum total of all disbursements from all bank accounts – **and** – payments made on behalf of the debtor.   Disbursements do <u>not</u> include transfers between the Debtor's accounts. Quarterly fees are not prorated.

**Calculating the Fee:**   Use the table on the following page to compute the Amount of Fee Due for each quarter.   Payment of quarterly fees should be submitted to Debtor's attorney, and then Debtor's attorney should submit the payment through **www.pay.gov**.

## <u>1st Quarter</u>

Disbursements for January, 20_____ : _____

Disbursements for February, 20_____ : _____     Amount of Fee Due: _____

Disbursements for March, 20_____ : _____     Amount Paid: _____


Total Disbursements for the 1st Quarter: _____

## <u>2nd Quarter</u>

Disbursements for April, 20_____ : _____

Disbursements for May, 20_____ : _____     Amount of Fee Due:_____

Disbursements for June, 20_____ : _____     Amount Paid: _____


Total Disbursements for the 2nd Quarter: _____

## <u>3rd Quarter</u>

Disbursements for July, 20_____ : _____

Disbursements for August, 20_____ : _____     Amount of Fee Due: _____

Disbursements for September, 20_____ : _____     Amount Paid: _____


Total Disbursements for the 3rd Quarter: _____

## <u>4th Quarter</u>

Disbursements for October, 20_____ : _____

Disbursements for November, 20_____ : _____     Amount of Fee Due: _____

Disbursements for December, 20_____ : _____     Amount Paid: _____


Total Disbursements for the 4th Quarter: _____

*Revised October, 2015*

| Total Disbursement for the Quarter | Amount of Fee Due |
|---|---:|
| $0 to $14,999.00 | $325 |
| $15,000.00 to $74,999.99 | $650 |
| $75,000.00 to $149,999.99 | $975 |
| $150,000.00 to $224,999.99 | $1,625 |
| $225,000.00 to $299.999.99 | $1,950 |
| $300,000.00 to $999,999.99 | $4,875 |
| $1,000,000.00 to $1,999,999.99 | $6,500 |
| $2,000,000.00 to $2,999,999.99 | $9,750 |
| $3,000,000.00 to $4,999,999.99 | $10,400 |
| $5,000,000.00 to $14,999,999.99 | $13,000 |
| $15,000,000.00 to $29,999,999.99 | $20,000 |
| $30,000,000.00 or more | $30,000 |

*Revised October, 2015*