FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 14-07105-5-DMW | Judge: David M. Warren | Trustee Name: | Richard D. Sparkman, Ch. 7 Trustee |
|---|---|---|---|---|
| Case Name: | MASON, JAMES ALEXANDER JR. | | Date Filed (f) or Converted (c): | 04/25/16 (c) |
| | | | 341(a) Meeting Date: | 01/05/15 |
| For Period Ending: | 06/30/22 | | Claims Bar Date: | 08/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Initial deposit from Debtor (u)  Cash deposit of $100 from James A. Mason, Jr. | 0.00 | 100.00 | | 100.00 | FA | 0.00 | 0.00 |
| 2. 64 Forest View Place, Durham, NC  Abandoned by Trustee per 10/19/15 Order. | 1,200,000.00 | 0.00 | OA | 0.00 | FA | 4,856,712.77 | 30,000.00 |
| 3. 3 Red Bluff Ct. Durham, NC  Abandoned by Trustee per 10/19/15 Order. | 175,000.00 | 0.00 | OA | 0.00 | FA | 2,260,000.00 | 0.00 |
| 4. Timeshare: Orlando Florida  Abandoned by Trustee per 10/19/15 Order. | 0.00 | 0.00 | OA | 0.00 | FA | 150,000.00 | 0.00 |
| 5. Cash on Hand | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 6. Wells Fargo Checking & Savings accounts  Joint with Akilah mason | 5,488.31 | 0.00 | | 0.00 | FA | 0.00 | 5,488.31 |
| 7. CFCU Checking & Savings Account | 1,903.66 | 0.00 | | 0.00 | FA | 0.00 | 1,903.66 |
| 8. Yadkin Bank Checking Account | 2,233.00 | 0.00 | | 0.00 | FA | 0.00 | 2,233.00 |
| 9. Bank of America Checking Account | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Suntrust Checking Account  Value: $10,000.00 - funds in account belong to Akilah Mason | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Wells Fargo Checking Account  Funds expended during Chapter 11. | 4,400.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Household goods & furnishings | 8,800.00 | 0.00 | | 0.00 | FA | 0.00 | 8,800.00 |
| 13. Books, pictures, art, collections | 1,200.00 | 0.00 | | 0.00 | FA | 0.00 | 1,200.00 |
| 14. Clothing | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 15. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 16. Firearms, sports, hobby equipment | 550.00 | 0.00 | | 0.00 | FA | 0.00 | 550.00 |
| 17. NY Life Whole Life Insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18. 15% Ownership interest - Tier One Solar | Unknown | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 19. 1/3 Interest: MMJ Partners LLP  Income Stream/DIP fka Parish Capital Advisors, LLP | 0.00 | 8,930,590.93 | | 8,930,590.93 | FA | 0.00 | 1,000.00 |

LFORM1EX

Ver: 22.06a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| Case No: | 14-07105-5-DMW | Judge: David M. Warren | | Trustee Name: | Richard D. Sparkman, Ch. 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | MASON, JAMES ALEXANDER JR. | | | Date Filed (f) or Converted (c): | 04/25/16 (c) |
| | | | | 341(a) Meeting Date: | 01/05/15 |
| | | | | Claims Bar Date: | 08/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Distribution from stream of income. | | | | | | | |
| 20. 1/3 Interest: Five O Partners, LLP | 150,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| Pursuant to DE575 and DE1040 - no net proceeds to bankruptcy estate from sale/abandonment. | | | | | | | |
| 21. 1/5 Interest: SPV Solar One, LLP | Unknown | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| LLC owns 78% of Tier One Solar, LLC | | | | | | | |
| 22. Investment in HyperLight | Unknown | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| Investment of $29K w/ additional investment/venture. | | | | | | | |
| 23. Partial Refund of Chapter 11 Trustee Bond | 993.00 | 993.00 | | 993.00 | FA | 0.00 | 0.00 |
| 24. State of California Tax Refund (u) | 0.00 | 153.82 | | 153.82 | FA | 0.00 | 0.00 |
| 2015 Tax Refund - Warrant #26-0634958 | | | | | | | |
| 25. State of SC Tax Refund (u) | 0.00 | 342.00 | | 342.00 | FA | 0.00 | 0.00 |
| 26. State of NY - Tax Refund (u) | 0.00 | 1,108.15 | | 1,108.15 | FA | 0.00 | 0.00 |
| New York Dept. of Taxation and Finance - Refund due to overpayment | | | | | | | |
| 27. State of AZ Tax Refund (u) | 0.00 | 25.46 | | 25.46 | FA | 0.00 | 0.00 |
| Refund due to overpayment. | | | | | | | |
| 28. Federal Tax Refund 2018 (u) | 0.00 | 1.52 | | 1.52 | FA | 0.00 | 0.00 |
| Federal tax refund. | | | | | | | |
| 29. Federal Tax Refund 2019 (u) | 0.00 | 26,550.26 | | 26,550.26 | FA | 0.00 | 0.00 |
| Federal tax refund. | | | | | | | |
| 30. State of North Carolina Tax Refund 2019 (u) | 0.00 | 138,050.26 | | 138,050.26 | FA | 0.00 | 0.00 |
| 31. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32. 2020 Federal tax refund | 0.00 | 27,922.27 | | 27,922.27 | FA | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $1,553,067.97 | $9,125,837.67 | | $9,125,837.67 | $0.00 | $7,266,712.77 | $57,674.97 |
| | | | | | (Total Dollar Amount in Column 6) | | |

LFORM1EX

Ver: 22.06a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

| | | |
|---|---|---|
| Case No: | 14-07105-5-DMW  Judge: David M. Warren | Trustee Name: Richard D. Sparkman, Ch. 7 Trustee |
| Case Name: | MASON, JAMES ALEXANDER JR. | Date Filed (f) or Converted (c): 04/25/16 (c) |
| | | 341(a) Meeting Date: 01/05/15 |
| | | Claims Bar Date: 08/01/16 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/30/20

1. Income stream from Debtor's interest in MMJ Partners, LLP is ending. Trustee is negotiating possible settlement to buy out Debtor's remaining interest in MMJ.

2. Contested matter arising out of objection to $1,000,000.00 secured claim filed by Scott Landress resulted in order sustaining Trustee's objection which was reversed by the District Court. Turstee has timely appealed to the Fourth Circuit. Pending appeal, parties reached mediated settlement that was not approved by the Bankruptcy Court. Appeal and negotiations continue on parallel tracks.

6/30/21

1. The Court approved settlement agreement with Scott Landress on 8/4/20 [DE965] resulting in payment of an allowed secured claim of $637,500.00 with the balance of claim nos. 28 and 29 allowed as unsecured only.

2. Trustee has filed motion to approve transfer of the Debtor's partnership interest back to MMJ Partners, LLP, A Delaware Limited Partnership.  Objection was filed by Scott Landress and a hearing conducted on 12/17/20.  Orders approving settlement with MMJ and authorizing Trustee to transfer partnership interest upon payment to Trustee of $150,000.00 were entered on 1/6/21 (DE1024 & 1025).

3.   Trustee is awaiting K-1s from related entities before proceeding with final tax returns and final report. CPA anticipates filing final tax returns in August, 2021.

12/31/21

1. Final tax returns have been filed.  Trustee is awaiting 2020 federal and state tax refunds.

6/30/22

1. Trustee is still awaiting 2020 state income tax refunds.  Refund anticipated to be received July 2022.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| | |
|---|---|
| Case No: 14-07105-5-DMW    Judge: David M. Warren | Trustee Name: Richard D. Sparkman, Ch. 7 Trustee |
| Case Name: MASON, JAMES ALEXANDER JR. | Date Filed (f) or Converted (c): 04/25/16 (c) |
| | 341(a) Meeting Date: 01/05/15 |
| | Claims Bar Date: 08/01/16 |

Initial Projected Date of Final Report (TFR): 06/30/16    Current Projected Date of Final Report (TFR): 12/31/22

/s/    Richard D. Sparkman, Ch. 7 Trustee
_____  Date: 07/06/22
RICHARD D. SPARKMAN, CH. 7 TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 14-07105-5-DMW | Trustee Name: | Richard D. Sparkman, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | MASON, JAMES ALEXANDER JR. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0142  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9581 | | |
| For Period Ending: | 06/30/22 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 6,275,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |

LFORM2X

Ver: 22.06a

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 14-07105-5-DMW | Trustee Name: | Richard D. Sparkman, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | MASON, JAMES ALEXANDER JR. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0065  Checking Account |
| Taxpayer ID No: | *******9581 | | |
| | | Blanket Bond (per case limit): | |
| For Period Ending: | 06/30/22 | Separate Bond (if applicable): | $ 6,275,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 5,692,312.14 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | | | | -2,208.22 | | 5,690,103.92 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | | | | -2,136.99 | | 5,687,966.93 |
| 05/03/22 | 002029 | Clifton Larson Allen LLP PO Box 740863 Atlanta, GA  30374-0863 | Accountants Fees & Expense Invoice 2325402 and 2588760 - Consent Order reduced total | | | 14,953.22 | | | 5,673,013.71 |
| 05/31/22 | | UNITED STATES TREASURY | 2020 Federal tax refund | 27,922.27 | | | | | 5,700,935.98 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | | | | -2,208.22 | | 5,698,727.76 |

LFORM2X

Ver: 22.06a

FORM 3

## INTERIM ASSET AND NO ASSET REPORT

Page: 1

| Trustee: | Richard D. Sparkman, Ch. 7 Trustee | Blanket Bond Amount: | $ 975,000.00 |
| For Period Ending: | 06/30/22 | Per Case Limit: | $ 975,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Case Number | Case Name | Date Filed (f) or Converted (c) to Chapter 7 | Total Funds on Deposit or Invested (From Form 2) | Amount of Separate Bond (if any) | Gross Value of Remaining Assets (From Form 1- Excludes Unknown Values) | Date of Disposition by*: Final Report ( TFR ) Final Account ( TDR ) Report of No Distribution ( NDR ) Conversion ( C ) Dismissal ( D ) Reassignment ( R ) *If TFR not filed, insert estimated (e) TFR Date |
| 14-07105-5-DMW | MASON, JAMES ALEXANDER JR. | 04/25/16 (c) | 5,698,727.76 | 6,275,000.00 | 0.00 | 12/31/22 TFR (e) |

**Report Totals**  Number of Cases: 1                     5,698,727.76                        0.00

I certify that I have filed and reviewed Forms 1 and 2 for all cases listed above where required
and that they are accurate and correct to the best of my knowledge.

          /s/    Richard D. Sparkman, Ch. 7 Trustee
Trustee's Signature: _____ Date: 07/05/22
          RICHARD D. SPARKMAN, CH. 7 TRUSTEE

LFORM3                                                                                                   Ver: 22.06a